UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

SHEIKH ZAHID
MUNAZA ZAHID FKA MUNAZA ASLAM

Debtors.

**SUBSTITUTION OF ATTORNEY**

Case No.: 12-22668-rdd
(Chapter 7)

Assigned to:
Hon. ROBERT D. DRAIN
Bankruptcy Judge

IT IS HEREBY CONSENTED that the attorney of record for Secured Creditor Wells Fargo Bank, N.A. be changed, and that

Dennis Jose, Esq.
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221

, be substituted as attorney for Gross Polowy, LLC in this action, in the place and instead of Druckman Law Group PLLC.

DATE: December 29, 2014

Gross Polowy, LLC

By: _____
Dennis Jose, Esq.
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
716-204-1700

Druckman Law Group PLLC

By: _____
Phillip Mahony, Esq.
265 Post Avenue, Suite 260
Westbury, NY 11590
516-876-6902 Ext. 101