UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:  Case No.: 12-22668-rdd
 (Chapter 7)
Sheikh Zahid and
Munaza Zahid fka Munaza Aslam

                Debtors
_____

**ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

        Upon the motion, dated July 6, 2016 (the "Motion"), of Wells Fargo Bank, N.A. as servicing agent for HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-15 (with any subsequent successor or assign, the "Creditor"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in 13 Scenic Lane, Yonkers, NY 10710 (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on July 25, 2016; and there being no opposition to the requested relief; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

        ORDERED that the Motion is granted as provided herein; and it is further

        ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d)(1) and (2) of the Bankruptcy Code as to the Creditor's interests in the Property to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and it is further

ORDERED that the Creditor shall promptly report and turn over to the chapter 7 trustee any surplus proceeds of the Property.

Dated: July 26, 2016
      White Plains, New York

                                             /s/Robert D. Drain
                                          UNITED STATES BANKRUPTCY JUDGE